✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 13 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE ARMSTRONG<br><br>Defendant. | 2:04-CR-219-LDG-VCF |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#639) on December 23, 2008. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: US DEPT OF EDUCATION
Amount of Restitution: $26,809.00

**Total Amount of Restitution ordered: $26,809.00\*\***
\*\*Joint and Several with co-defendant Ann Armstrong only

Dated this ____6____ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE